**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| TEXAS INTERNATIONAL PRODUCE ASSOCIATION, and | § § § | |
| TEXAS VEGETABLE ASSOCIATION, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | Case No. 7:26-cv-208-DBT-NSM |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | § § § | |
| UNITED STATES DEPARTMENT OF LABOR, | § § § § | |
| KEITH E. SONDERLING, in his official capacity as Acting Secretary of Labor, and | § § § § | |
| DAVID KEELING, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health, | § § § § § | |
| *Defendants.* | § § | |

---

**JOINT MOTION FOR SCHEDULING ORDER**

---

Plaintiffs Texas International Produce Association and Texas Vegetable Association, and Defendants Occupational Safety and Health Administration, United States Department of Labor, Keith E. Sonderling (in his official capacity as Acting Secretary of Labor), and David Keeling (in his official capacity as Assistant Secretary

of Labor for Occupational Safety and Health) respectfully ask the Court to enter their agreed-upon briefing schedule to govern the pending motions in this case, and would show the Court as follows:

1.     On December 3, 2025, Plaintiffs filed this action in the Northern District of Texas and moved for summary judgment. Plaintiffs' motion for summary judgment is pending. On March 23, 2026, Defendants filed an omnibus motion and opposition to Plaintiffs' summary judgment motion. Except as to venue, Defendants' omnibus motion is pending.

2.     To avoid further use of judicial resources related to the question of venue, Plaintiffs and Defendants stipulated and agreed to the transfer of venue to the Southern District of Texas, McAllen Division, for the remainder of this case.

3.     The Northern District of Texas court transferred the case to this Court on April 17, 2026.

4.     To move this case forward efficiently following the transfer of venue, and because the parties have already briefed motions pending before the Court, Plaintiffs and Defendants jointly request the following briefing scheduling on the already pending motions:

- May 15, 2026: Plaintiffs file their Combined Opposition to Defendants' Motion to Dismiss, Opposition to Defendants' Cross-Motion for Summary Judgment, and Reply in Support of their Motion for Summary Judgment;
- June 26, 2026: Defendants shall file their Reply in Support of their Motion to Dismiss and Reply in Support of their Cross-Motion for Summary Judgment.

5.     In addition, the parties respectfully request that in-person oral argument be held on the motions at a date and time convenient to the Court in either McAllen or Houston, Texas.

Date:  May 6, 2026

Respectfully submitted,

*/s/Chance Weldon*
JAMES V. F. DICKEY*
  Minnesota Bar No. 393613
BENJAMIN I. B. ISGUR*
  Virginia Bar No. 98812
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel.: (770) 977-2131
bisgur@southeasternlegal.org
jdickey@southeasternlegal.org

ROBERT HENNEKE
  Texas Bar No. 24046058
CHANCE WELDON
  Texas Bar No. 24076767
MATTHEW P. CHIARIZIO
  Texas Bar No. 24087294
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Phone: (512) 472-2700
Fax: (512) 472-2728
rhenneke@texaspolicy.com
cweldon@texaspolicy.com
mchiarizio@texaspolicy.com

*Counsel for Plaintiffs*

*\*S.D. Texas Admission Pending*

3

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney*
*General, Civil Division*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

STEVEN C. HOUGH
*Principal Deputy Solicitor of Labor*

OF COUNSEL:

ALEXANDER K. HAAS
*Director, Federal Programs Branch,*
  *U.S. Department of Justice*

EDMUND C. BAIRD
*Associate Solicitor*
  *for Occupational Safety and Health*

EDWARD M. WENGER
*Senior Counselor*

LOUISE M. BETTS
*Counsel for Appellate Litigation*

MARISA C. SCHNAITH
BRIAN A. BROECKER
*Senior Attorneys*

*United States Department of Labor*

*/s/Garry D. Hartlieb*
GARRY D. HARTLIEB
  Illinois Bar No. 6322571
*Special Attorney,*
  *U.S. Department of Justice*
*Senior Counselor,*
  *U.S. Department of Labor*
Office of the Solicitor
200 Constitution Ave. NW
Washington, D.C. 20210
Tel.: (202) 693-5260
Fax: (202) 693-5261
hartlieb.garry.d@dol.gov

*Counsel for Defendants*

4